RECEIVED
IN ALEXANDRIA, LA.

APR 2 1 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

SANAT V. SANGHANI, MD, LLC                    CIVIL ACTION NO. 12-0632

VERSUS

                                              DISTRICT JUDGE TRIMBLE

AETNA LIFE INSURANCE
COMPANY                                       MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge

filed previously herein, noting the absence of objections thereto, and concurring with the

Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that, because this court has no jurisdiction, the appeal is

DISMISSED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _21st_ day

of ___April___,2014.

_____
JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE